Sonja D. Kerr
Meg K. Allison
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

RECEIVED

JAN 12 2006

- - - - - - - - - - - - - - - - -

UNITED STATES DISTRICT COURT     )
                                 )
FOR THE STATE OF ALASKA          )
                                 )
C.S. et al.,                     )
                    Plaintiff(s) )     Case No. A05-275CV(JWS)
                                 )
          vs.                    )
                                 )
Anchorage School District,       )
                    Defendant(s) )     SCHEDULING AND PLANNING
_____)     CONFERENCE REPORT

1.     **Meeting.**  In accordance with F.R.Civ.P.26(f), a meeting was held January 5, 2006 and was attended by:

For Plaintiffs:                        For Defendant:
Sonja Kerr/Meg Allison                 Bradley Owens
Disability Law Center                  Jermain, Dunnagan & Owens

The parties recommend the following:

2.     **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P.26(a)(1):

        ____ have been exchanged by the parties

        _X___ will be exchanged by the parties by _____ – <u>Defendant position</u>.

<u>Plaintiffs position</u>: The pre-discovery disclosures do not apply in this matter, but to the extent they apply, plaintiffs suggest exchange of disclosures within 10 days of the scheduling conference.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
1-800-478-1234    Fax 907-565-1000

Proposed changes to disclosure requirements: (*insert proposed changes, if any*)

Preliminary witness lists:

_____ have been exchanged by the parties

__X__ no additional witnesses are expected to testify in this matter

3.    **Contested Issues of Fact and Law.**    Preliminary, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Plaintiffs' position: The amount of attorney fees and costs the prevailing party, C.S. et al., is entitled.

Defendant position: Whether the plaintiffs are the prevailing party, and if so, the amount of attorney fees and costs the prevailing party is entitled.

4.    **Discovery Plan.**    The parties jointly propose to the court the following discovery plan.

A.  Discovery will be needed on the following issues:

Any matter relevant to the amount of attorney fees and costs incurred in C.S. et al. v. Anchorage School District, DEED Case No. Hr. 05-13, pursuant to 20 U.S.C. § 1415(i)(3), except those matters covered in the attached stipulation filed contemporaneously with this report.

B.  All discovery commenced in time to be completed by ("discovery close date").

Joint position: The parties do not anticipate any depositions or discovery in this matter. However, in the event that discovery is commenced:

Plaintiff position: April 1, 2006

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
1-800-478-1234    Fax 907-565-1000

**C.S. et al. v. Anchorage School Dist.**
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**

Defendant position: _____

    C.  Limitations on Discovery.

        1.  Interrogatories-

          __X__  No change from F.R.Civ.P.33(a)

          ____ Maximum of ____ by each party to any other party.

          ____ Responses due in ____ days.

        2.  Requests for Admissions.

          __X__  No change from F.R.Civ.P.36(a).

          ____ Maximum of ____ by each party to any other party.

          ____ Responses due in ____ days.

        3.  Depositions.

          __X__  No change from F.R.Civ.P.36(a), (d).

          ____ Maximum of ____ by each party to any other party.

          ____ Responses due in ____ days.

    D.    Reports from retained experts.

      __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P.26(a)(2)(C).

      ____ Reports due:

      From plaintiff (*insert date*)      From defendant (*insert date*)

    E.    Supplementation of disclosures and discovery responses are to be made:

      _X___ Periodically at 60-day intervals from the entry of scheduling and planning order.

**C.S. et al. v. Anchorage School Dist.**
**SCHEDULING AND PLANNING**
**CONFERENCE REPORT**      Page 3 of 6

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002  Fax 907-565-1000
1-800-478-1234

_____ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

_X___ 45 days prior to the close of discovery

_____ Not later than (*insert date*)

5.    **Pretrial Motions.**

_____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (*insert date*)

__X__ Motions under the discovery rules must be filed not later than 45 days prior to the close of discovery.

__X_ Motions in limine and dispositive motions must be filed not later than 30 days prior to the close of discovery.

6.    **Other Provisions:**

A. _____ The parties do not request a conference with the court before the entry of the scheduling order.

_X___ The parties request a scheduling conference with the court on the following issue(s):

Setting deadlines for the filing of briefs and the filing of motions and cross-motions.

B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234    Fax 907-565-1000

____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

_X___ The parties will file a request for alternative dispute resolution not later than

Plaintiffs' position: February 15, 2006

Defendant position: _____

____ Mediation          ____ Early Neutral Evaluation

C.      The parties ____ do __X__ not consent to trial before a magistrate judge.

D.      Compliance with the Disclosure Requirements of F.R.Civ.P.7.1.

____ All parties have complied    _X___Compliance not required by any party

7.      **Trial.**

A.      The matter will be ready for trial:

Plaintiff position: The matter before the court is to be decided on motions and cross motions submitted by the parties, therefore, no trial date is requested.

__X__ 45 days after the discovery close date – Defendant position.

____ Not later than (*insert date*)

B.      This matter is expected to take __1__ days to try. – Defendant position.

C.      Jury demanded ____ yes __X__ no. – Defendant position.

Right to trial disputed? ____ yes __X__ no. – Defendant position.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234

Dated: 1/8/06

Sonja D. Kerr, Bar No. 0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
skerr@dlcak.org

Brad Owens, Bar No. 7610/22
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: 907-563-8844
Fax: 907-563-7322
bradowens@jdolaw.com

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234        Fax 907-565-1000

C.S. et al. v. Anchorage School Dist.
SCHEDULING AND PLANNING
CONFERENCE REPORT

Page 6 of 6