SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone:   (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| C.S. by and through his parent, J.S. and R.S.,<br>            Plaintiffs,<br><br>       v.<br><br>Anchorage School District,<br>            Defendant. | Case No. A05-0275CV(TMB)<br><br><br>STATUS REPORT |

Consistent with the Court's order of May 9, 2006, counsel of record in the above matter have conferred and provide the following Status Report as ordered by the Court:

**A.       Attorneys Fees Dispute.**

Lead counsel on the case are Sonja D. Kerr (Disability Law Center), and Brad Owens (Jermaine, Dunnagan and Owens). The basis for federal court jurisdiction is 20 U.S.C. 1400, and 1415(i)(3). The claims asserted are for an attorneys fee award of $12,555.25 for fees arising from Plaintiffs successful pursuit of appropriate services in an administrative proceeding and for fees arising from this fees dispute.

**B.       Discovery.**

Discovery has been completed; counsel agreed to extend the discovery deadline as permitted by the Court's original scheduling order. Dispositive motions are pending with Plaintiffs' opening brief anticipated June 1, 2006.

**C.    Trial.**

Trial would occur if Plaintiffs' motion for judgment is denied. No jury trial has been requested.

**D.    Settlement.**

Settlement discussions have been thorough but unsuccessful. Plaintiffs would not oppose a settlement conference with the Court.

Dated this 23rd day of May, 2006.

/s Sonja D. Kerr
SONJA D. KERR (AK BAR NO. 040091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone:   (800) 478-1234/907-565-1002
Fax: 907-565-1000
Email:         Email: skerr@dlcak.org

Certificate of service
I hereby certify that on the 23nd day of May 2006, a true and correct copy of this document was served electronically on:

Bradley Owens
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

 s/ Sonja D. Kerr
Sonja D. Kerr